UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION, LOCAL NO. 73, <br><br> and <br><br> THE TRUSTEES of the SHEET METAL WORKERS LOCAL N0. 73 PENSION FUND, SHEET METAL WORKERS LOCAL N0. 73 WELFARE FUND; and SHEET METAL WORKERS LOCAL N0. 73 ANNUITY FUND, <br><br> Plaintiffs, <br><br> v. <br><br> EAST IOWA DECKS SUPPORT, INC., <br><br>   An Illinois Corporation <br><br>   Defendant. | Case No. 16 cv 7819 <br><br> Magistrate Judge: Valdez |

## JOINT MOTION FOR ENTRY OF AGREED JUDGMENT ORDER

PLAINTIFFS, by their attorney, Michael S. Young of Gregorio & Marco, Ltd., and DEFENDANT, by its attorney, Megan M. Moore, move this Honorable Court to enter an Agreed Judgment Order against the Defendant, EAST IOWA DECKS SUPPORT, INC., and in support state as follows:

1. Plaintiffs filed their Complaint on August 3, 2016 alleging that Defendant, EAST IOWA DECKS SUPPORT, INC. failed to pay fringe benefit contributions to Plaintiff Funds.

2. The parties now have reached an agreement to resolve all matters in dispute. Pursuant to that agreement, an agreed Judgment will be entered against the Defendant, EAST IOWA DECKS SUPPORT, INC.

3. Plaintiffs and Defendant have agreed to have a Judgment entered against Defendant, EAST IOWA DECKS SUPPORT, INC., in the total amount of $68,114.76 which represents unpaid fringe benefit contributions, outstanding assessments, attorneys' fees, costs, and interest;

**WHEREFORE**, Plaintiffs and Defendant request that this Court enter an Agreed Judgment Order in the amount of $68,114.76 against the Defendant EAST IOWA DECKS SUPPORT, INC.

By: _/s/_ Megan M. Moore   By: _/s/_ Michael S. Young
   On behalf of the Defendant    On behalf of the Plaintiffs

Michael S. Young
ARDC #: 6304367
Attorney for Plaintiffs
Gregorio & Marco, Ltd.
2 North LaSalle Street, Suite 1650
Chicago, IL 60602
312-263-2343